

EXHIBIT

A