UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASMIN CYONE ANDERSON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER: 22-01534** |
| | * | |
| **CHIEF SHAUN FERGUSON,** | * | |
| **NEW ORLEANS POLICE DEPARTMENT,** | * | |
| **OFFICER TORREY RILEY,** | * | |
| **OFFICER HECTOR ACOSTA,** | * | |
| **CITY OF NEW ORLEANS,** | * | **SECTION "I"** |
| **MAYOR LATOYA CANTRELL** | * | **JUDGE AFRICK** |
| | * | |
| | * | **MAGISTRATE "2"** |
| | * | **JUDGE CURRAULT** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PRELIMINARY STATUS REPORT[1]

**NOW INTO COURT**, through undersigned counsel, come Defendants, New Orleans Police Department ("NOPD") Superintendent Shaun Ferguson, NOPD, Officer Torrey Riley, Officer Hector Acosta, City of New Orleans, and Mayor Latoya Cantrell (collectively "Defendants"), who respectfully submit this Preliminary Status Report in compliance with the District Court's Scheduling Order (Rec. Doc. 13) and Pre-Trial Notice (Rec. Doc. 13-1), Defendants aver as follows:

**BASIS FOR JURISDICTION**

Jurisdiction and venue were established at the Preliminary Conference held September 8, 2022. In the Complaint (Rec. Doc. 1), Plaintiff alleges that the action is brought pursuant to 42 U.S.C. §§ 1983 and asserts supplemental state law claims. Plaintiff further alleges that jurisdiction arises from 28 U.S.C. §§ 1331, 1343(a)(4) and 1367(a) because of questions of federal civil rights

---

[1] On October 7, 2022, Counsel for Defendants contacted Plaintiff and offered to submit, with her express written consent, this Preliminary Status Report as a joint report; counsel for Defendant emailed Plaintiff a final draft of the report to review. However, as of October 11, 2022, Counsel for Defendant had not received Plaintiff's consent to submit a joint report.

law pursuant to 42 U.S.C. § 1983 *et seq* and the First, Fourth, and Fourteenth Amendments to the United States Constitution. (Rec. Doc. 1).

**PARTIES**

There is no issue with the correctness of identity of the legal entities named as parties. However, Defendants assert that NOPD is improperly named as a defendant in this matter as NOPD is not a legal entity capable of suing or being sued because it is an incorporated agency of the City of New Orleans. Accordingly, because NOPD is not a legal entity capable of being sued, Plaintiff has no remedy against NOPD. As such, Defendants respectfully ask that NOPD be dismissed as a named defendant from these proceedings.

**JOINDER**

There are no questions or issues concerning misjoinder or nonjoinder of parties.

**COMPLETED DISCOVERY**

At the present time, the parties have completed. Rule 26(a)(1) Initial Disclosures.

**SPECIALIZED DISCOVERY**

At the present time, Defendants do not anticipate any specialized discovery in this matter.

**FAST TRACK FOR SETTLEMENT**

At the present time, Defendants do not foresee a fast-tracked settlement in this matter.

In further compliance with the District Court's Scheduling Order (Rec. Doc. 13), the following attorneys will participate in the October 18, 2022 telephone status conference on behalf of Defendants: Kristen A. Lee (504) 658-9837 (direct dial) and James M. Roquemore (504) 658-9815 (direct dial).

Respectfully submitted,

*/s/ Kristen A. Lee* _____
**KRISTEN A. LEE, LSB # 36890**
ASSISTANT CITY ATTORNEY
kristen.lee@nola.gov
**CORWIN ST. RAYMOND, LSB # 31330**
DEPUTY CITY ATTORNEY
cmstraymond@nola.gov
**KEVIN C. HILL, LSB# 26338**
SENIOR CHIEF DEPUTY CITY ATTORNEY
kchill@nola.gov
**DONESIA D. TURNER, LSB# 23338**
donesia.turner@nola.gov
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868
*Counsel for NOPD Superintendent Shaun Ferguson, Officer Torrey Riley, Officer Hector Acosta, City of New Orleans, and Mayor Latoya Cantrell*