**MINUTE ENTRY**
**AFRICK, J.**
**October 18, 2022**
**JS-10 00:25**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASMINE CYONE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1534** |
| **SHAUN FERGUSON, ET AL.** | **SECTION "I" (4)** |

A status conference was held on this date with plaintiff and counsel for defendants participating. Pursuant to the discussion at the conference, and with consent of the parties,

**IT IS ORDERED** that the above-captioned case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending final judgment with respect to the criminal prosecution of plaintiff's brother, Wilton Anderson, which is currently pending in state court. The case may be reopened on written motion of either party within 30 days of the entry of final judgment in the state prosecution of Wilton Anderson.

**IT IS FURTHER ORDERED** that a telephone status conference is set for **TUESDAY, FEBRUARY 14, 2023 at 9:30 A.M.** The parties will provide chambers with contact information for participants at least 24 hours in advance.

New Orleans, Louisiana, October 18, 2022

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**