MINUTE ENTRY
AFRICK, J.
October 25, 2023
JS-10 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASMINE CYONE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **No. 22-1534** |
| **SHAUN FERGUSON ET AL.** | **SECTION I** |

On this date, plaintiff Jasmine Anderson ("plaintiff") appeared before the Court, pursuant to this Court's order, to explain her failure to participate in the telephone status conference on October 10, 2023. Plaintiff informed the Court that she did not receive notice of the telephone conference, and she provided the Court with her phone number. Accordingly,

**IT IS ORDERED** that a telephone status conference shall be held with both parties on **NOVEMBER 14, 2023 at 9:30 A.M.** Defense counsel shall furnish the Court with the name and telephone number of who will participate in the telephone status conference two days prior to the conference. The Court will initiate the telephone conference. The Court's telephone number is (504) 589-7605.

New Orleans, Louisiana, October 25, 2023

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE