MINUTE ENTRY
AFRICK, J.
November 14, 2023
JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASMINE CYONE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1534** |
| **SHAUN FERGUSON, ET AL.** | **SECTION "I" (2)** |

A status conference was held on this date with plaintiff and counsel for defendants participating. Pursuant to the discussion at the conference,

**IT IS ORDERED** that a telephone status conference is set for **THURSDAY, FEBRUARY 1, 2024 at 9:00 A.M.** The parties will provide chambers with contact information for participants at least two days prior to the conference. The Court's telephone number is (504) 589-7605.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**