MINUTE ENTRY
AFRICK, J.
February 1, 2024
JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASMINE CYONE ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1534** |
| **SHAUN FERGUSON, ET AL.** | **SECTION "I" (2)** |

A telephone status conference was held on this date with plaintiff and counsel for defendants participating.

It appears that the criminal case filed against the plaintiff's brother has not yet been adjudicated. Plaintiff was advised that she may move to reopen the above captioned case if appropriate following a resolution of the criminal case filed against her brother.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE